**Order filed May 8, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00157-CV**

_____

**BERNARDO MORALES CERVANTES, Appellant**

**V.**

**BAYVIEW LOAN SERVICING LLC, Appellee**

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-47515A**

**O R D E R**

Appellant's brief was due **April 18, 2012.** No brief or motion for extension of time has been filed.

Unless appellant files a brief, and a motion reasonably explaining why the brief was late, with the clerk of this court on or before **May 29, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM